```
___/___  FILED       _____ RECEIVED
_____  ENTERED     _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

         JUL 1 4 2020

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:20-mj-00563-BNW |
| JOSE MANUEL ARMENTA-LIERA, | ) | |
| Defendant. | ) | **ORDER** |

**IT IS HEREBY ORDERED** that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order, unless the Government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order. The defendant's "A" number is A200 709 540.

**IT IS FURTHER ORDERED** that the U.S. Attorney=s Office shall serve a copy of this Order on the Officer in charge, Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE), Las Vegas, Nevada.

DATED this 14th day of July, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE